Dbt f !1: .54124.SH!!!!Epd!: .4!!!!Gjrhe!12Œ6Œ1!!!!Fouf sf e!12Œ6Œ1!24;1: ;12!!!!Eft d
!Qspqpt f e!Psef sl!!!!Qbhf !2!pg3

MILSTEAD & ASSOCIATES, LLC
By: Nelson Diaz Atty. I.D. ND7347
Woodland Falls Corporate Park
220 Lake Drive East, Suite 301
Cherry Hill, NJ 08002
(856) 482-1400
Attorneys for Plaintiff
File No.: 8.11742



Attorneys for: Select Portfolio Servicing, Inc. as servicer for U.S. Bank National Association, as trustee, on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2006-HE4 Asset Backed Pass-Through Certificates, Series NC 2006-HE4

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Newark Vicinage

IN RE:
    Josiane Amey

Case No. 09-43013-RG

Chapter: 7

Hearing Date: February 9, 2010
Time: 10:00 am

Judge: Rosemary Gambardella

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED**

3-19-10    USBJ

{00407247}

Upon the motion of Select Portfolio Servicing, Inc. as servicer for U.S. Bank National Association, as trustee, on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2006-HE4 Asset Backed Pass-Through Certificates, Series NC 2006-HE4 under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion on or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

Real property more fully described as:

115 N 4th Street, Colton, CA  92324

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

{00407247}